■ In the Matter of Brenda Hart, Respondent, v New York State Division of Housing and Community Renewal, Respondent, and Valrose Realty Company, Appellant. [601 NYS2d 793] —Judgment, Supreme Court, Bronx County (Barry Salman, J.), entered August 12, 1992, unanimously affirmed for the reasons stated by Salman, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Ellerin and Wallach, JJ.